DANIEL G. BOGDEN
United States Attorney
CARLA B. HIGGINBOTHAM (NSBN 8495)
Asst. United States Attorney
100 W. Liberty Street, Ste. 600
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>CHARLES MONROE BROWN,<br><br>Defendant. | Case No. 3:15-cr-00030-RCJ-VPC<br><br>MOTION TO DISMISS INDICTMENT |

**ORDER FOR DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment filed on March 25, 2015, in the above entitled case against Charles Monroe Brown.

Dated this 8th day of February, 2016

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Carla B. Higginbotham*
CARLA B. HIGGINBOTHAM
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Date:  March 1, 2016             _____
ROBERT C. JONES
Senior United States District Court Judge

1